IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANH QUANG,<br><br>    Plaintiff,<br><br>    v.<br><br>S. ALAMOSA, et al.,<br><br>    Defendants. | No. 2:22-CV-01704-DAD-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On September 30, 2022, the Court ordered Plaintiff to resolve the fee status for this case within 30 days. As of December 20, 2022, Plaintiff had not complied and the Court issued findings and recommendations that this action be dismissed for lack of prosecution and failure to comply with court rules and orders. On February 3, 2023, Plaintiff filed a complete application to proceed in forma pauperis without pre-payment of filing fees. Good cause appearing therefor, the December 20, 2022, findings and recommendations are vacated. The Court will address Plaintiff's in forma pauperis application separately.

    IT IS SO ORDERED.

Dated: February 15, 2023

                                  DENNIS M. COTA
                                  UNITED STATES MAGISTRATE JUDGE